IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SORCHÈ MORGAN,

    Plaintiff,

v.                                                   No. 23-cv-353-WPJ/JMR

COMMUNITY AGAINST VIOLENCE,
ANITA MEDINA, MALINDA WILLIAMS,
CELESTE TRUJILLO, and DEBBIE CISNEROS,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the October 23, 2023, Memorandum Opinion and Order (**Doc. 32**) as well as the Memorandum Opinion and Order (**Doc. 35**) filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims (Counts I–VII) set forth in Plaintiff's Complaint (**Doc. 1**) as well as Plaintiff's claims (Counts I–IV) set forth in Plaintiff's Amended Complaint (**Doc. 33**) are **DISMISSED with prejudice**.

_____
CHIEF UNITED STATES DISTRICT JUDGE